## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JESSE BARNES,

        Plaintiff,

    v.

SHELL EXPLORATION AND
PRODUCTION CO. APPALACHIA,
SHELL EXPLORATION AND
PRODUCTION CO., and SHELL OIL
CO.,

        Defendants.

No. 4:18-CV-01497

(Judge Brann)

## ORDER

**AND NOW**, this 12th day of December 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Within thirty (30) days of this Order, Defendants shall produce a log stating with particularity the basis for confidentiality designations for each document Defendants seek to designate confidential in the June 28, 2019 production, in accordance with the Confidentiality Stipulation and Order of March 1, 2019 (ECF No 27).

2. Within twenty-one (21) days of this Order, Defendants shall produce William Turney's full personnel file. Defendants shall further produce within twenty-one (21) days any documents contained within the

other personnel files specified in Plaintiff's Request No 92 as they pertain to discrimination or harassment.

3. Within twenty-one (21) days, Defendants shall produce comparator data for the employees who reported to Turney, Steve Ellis, or Greg Larsen from September 1, 2015 to December 31, 2018.

4. Plaintiff's motion to reconvene the depositions of Wayne Fletcher and Steve Craig is **DENIED**.

5. Plaintiff's motion to exceed the deposition limit under Federal Rule of Civil Procedure 30(a)(2)(A)(i) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff shall have leave to exceed the deposition limit by two, which may be used to depose Greg Larsen, Ken Foreman, Mark Hoover, or Jeremy Greene.

6. Plaintiff's deposition of Kelly Soudelier shall take place on February 17, 2020 at 9:00 a.m. at Defendants' headquarters in Houston, Texas.

7. Plaintiff's deposition of William Turney shall take place on February 18, 2020 at 9:00 a.m. at Defendants' headquarters in Houston, Texas.

8. Plaintiff's deposition of Michel Priest shall take place on July 13, 2020 at 9:00 a.m. at Defendants' headquarters in Houston, Texas.

9.     Neither party may cancel or otherwise change the date, time, or location of the Soudelier, Turney, or Priest depositions without leave of this Court.

10.    The deadline for the completion of discovery in this matter shall be extended to July 31, 2020.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge
