# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE BARNES, | No. 4:18-CV-01497 |
| Plaintiff, | (Judge Brann) |
| v. | |
| SHELL EXPLORATION AND PRODUCTION COMPANY APPALACHIA, SHELL EXPLORATION AND PRODUCTION COMPANY, and SHELL OIL COMPANY, | |
| Defendants. | |

## **ORDER**

**AND NOW**, this 18th day of March 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion to Compel Mental Health Examination of Plaintiff (ECF No. 78) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge