## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jesse Barnes | : | Civil Action |
| Plaintiff, | : | |
| | : | No. 4:18-cv-01497-MWB |
| v. | : | |
| | : | |
| Shell Exploration and Production | : | |
| Company Appalachia, Shell | : | |
| Exploration and Production Company | : | |
| and Shell Oil Company | : | |
| | : | |
| | : | |
| | : | |
| Defendants | | |

## EXHIBIT INDEX OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| Exhibit Number | Description | Bate-stamp # |
|---|---|---|
| A. | Plaintiff's Resume 2010 | SHELL  1092-1093 |
| B. | Deposition Transcript of Plaintiff | |
| C. | Cenergy Email | SHELL  1464 |
| D. | Cenergy Application for Employment | SHELL  1432-1433 |
| E. | Deposition transcript of William Turney | |
| F. | Deposition transcript of Steve Craig | |
| G. | Plaintiff's Investigation Interview | SHELL  366-376 |
| H. | Maintenance Analyst Job Description | SHELL  65 |
| I. | Turney's Email to Cenergy December 2015 | SHELL  1460-1463 |
| J. | Shell's Offer Letter of Employment | |
| K. | Turney Investigation Note | SHELL  503 |
| L. | Turney's email 11/23/16 | SHELL  346 |
| M. | Plaintiff's Complaint Against D.R. | SHELL  778-785, 515-517, 794 |
| N. | Helpline Complaint | SHELL  349-353 |

| Exhibit Number | Description | Bate-stamp # |
|---|---|---|
| O. | Plaintiff's Application for Maintenance Analyst | SHELL  1137-1139 |
| P. | Spreadsheet of Complaints | SHELL  729 |
| Q. | Plaintiff's Job Interview Notes | SHELL  917-966 |
| R. | HR Email re Plaintiff's Salary | SHELL  967-968 |
| S. | Deposition transcript of Kenneth Foreman | |
| T. | Plaintiff and Turney's Text Message Exchange | BARNES 587-737 |
| U. | Foreman Investigation Interview | SHELL  399-402 |
| V. | Deposition transcript of Hondo Blakely | |
| W. | Deposition transcript of Greg Larsen | |
| X. | HSE Job Description | SHELL  1276 |
| Y. | Plaintiff's resume submitted to EIS, Inc | SHELL  1481 |
| Z. | Deposition transcript of Mark Hoover | |
| AA. | Larsen Ranking Session Note | SHELL  1275 |
| BB. | Ranking Session Outcome | SHELL  816-847 |
| CC. | Email from HR to Plaintiff 6/19/17 re IPF Ranking (HR email 6/19/17) | SHELL  792-793 |
| DD. | Plaintiff's Complaint against H.R. (with redactions) | SHELL  77, 518-522 |
| EE. | Turney Investigation Interview | SHELL  377-383 |
| FF. | Acknowledgment of Receipt of Code of Conduct | SHELL  309 |
| GG. | Shell's Code of Conduct | SHELL  588-631 |
| HH. | Shell's Anti-Harassment Policy | SHELL  556 |
| II. | Shell's Equal Opportunity Policy | SHELL  557 |
| JJ. | Potential Roles Email | SHELL  498-499 |
| KK. | Shell's EEOC Position Statement | SHELL  558-582 |
| LL. | Investigation Overview | SHELL 417 |
| MM. | Deposition transcript of Megan Kloosterman | |
| NN. | Plaintiff's email to M. Kloosterman 12/6/16 | SHELL  339-344 |
| OO. | Plaintiff's email to M. Kloosterman 12/7/16 | SHELL  451-485 |
| PP. | Expert Report of Michael Torchia, Esquire | |

| Exhibit Number | Description | Bate-stamp # |
|---|---|---|
| QQ. | HR letter to Turney re discipline dated 12/16/16 | SHELL  851 |
| RR. | Deposition of Kelly Soudelier | |
| SS. | Kelly Soudelier Notes 4/12/17 | SHELL  1049-1051 |
| TT. | Kelly Soudelier Notes 4/27/17 | SHELL  1052-1055 |
| UU. | Text Messages between Plaintiff and Bean | BARNES 423-424 |
| VV. | EEOC Charge of Discrimination | SHELL  1085-1090 |