# EXHIBIT N

# CASE DETAILS
## SHELL-16-11-0050

### CONFIDENTIAL MEMORANDUM

| | | | | | |
|---|---|---|---|---|---|
| **Report Initiated** | 2016-11-15 13:38 GMT | **Primary Priority** | C | | |
| **Scheduled Follow-up** | | **Case Indicator** | | | |
| **Source** | Web Submission | **Current Status** | Open | 2016-11-15 | |
| **Awareness Resource** | Declined | **Case Opened** | 2016-11-15 | | |
| **Language** | English | **Case Closed** | | | |
| **Documented by** | WEBALLEGATIONSUBMIT | **Days Open** | 13 days | | |
| | | **Case Due Date** | 2017-01-14 | | |

| Allegation | Class | Priority | Primary |
|---|---|---|---|
| Harassment | People and Safety | C | Yes |

| Location | Location Geography | Location Function |
|---|---|---|
| United States | Region:Americas | |
| Shell Appalachia &#xd;&#xa;12880 Route 6, Wellsboro, PA 16901 | | |

| Parties Involved | Party Type | Job Title | Description |
|---|---|---|---|
| Jesse Barnes | Caller | Maintenance Analyst | |
| Other (570) 404 0862 | | | |
| jesse.a.barnes@shell.com | | | |
| William Turney | Subject | Maintenance Supervisor | |

### Issue Summary

I have been dealing with harassment issues, specifically name calling, belittling, inappropriate touching and comments.

### Issue Details

Shell_0000349

Since I have started working under my direct supervisor there has been issues with harassment and a hostile work environment. I put in a list form below of the incidents I have been dealing with.

I have been shown a "selfie" of my supervisor in his underwear by him.

I have been brought into situations with an employee that were not necessary because my supervisor thought it was funny that the other employee and myself did not like each other.

I have received non work related text messages.

I was told in my mid-year review that I make good money for a woman and should not be upset with my pay grade by my supervisor.

I was told I work well with male employees because I am a woman by my supervisor.

I was told I am a hot blonde by my supervisor.

I am continuously asked about my personal life by my supervisor.

My supervisor has referred to my significant other as a nerd.

During a pulse survey meeting, when I spoke up about an opinion I had, I was told the meeting was not about me by my supervisor.

At a work charity golf tournament I was asked more than once why I was not wearing shorts at this event and if my supervisor could cut my pants into shorts as well as other supervisors joined in and took a picture of my backside (buttock) and saved on phone.

I was informed to "bullshit" my superintendent on what my position competency by my supervisor.

My supervisor touches my arm and or leg the majority of the time I have a meeting or talk to him one on one.

I was told I am only right if my supervisor allows me to be by my supervisor.

I have addresses my supervisor about an issue I was having with a co-worker and was told that is the way it was going to be. This co-worker had lied to me saying that my supervisor was mad at me because I was falling behind on work. When I asked my supervisor what I needed to catch up on he denied that he had said anything.

My supervisor told me I was intended to be a pay grade 7 but was told by OM that I would be an 8 with no explanation.

My supervisor said he thinks it's funny when I get into a disagreement with other women co workers. Supervisor gestures cat claws and makes a hissing noise.

I expressed a concern to my supervisor a CPR trainer that instructed at our office that when I was performing CPR the instructor told me to "pick my ass up" in front of male colleges. My supervisor said "well did you pick it up?" in a laughing manner.

In my goals on HR online I entered I would attempt to visit the field every quarter for I am office based and want to gain knowledge of the field. When I asked permission to spend the day in the field with a female colleague I was told by my supervisor I was only allowed to go for 4 hours. When I asked why and/or if he needed me for something that prevented me from spending an 8 hour day in the field, he responded with no I just don't think you need to spend the whole day in the field.

I have been called a bitch by numerous people in the office.

I was told when I voiced some of my concerns that "I need to stop playing the victim".

I have been told by co workers that maybe if they wore tight pants and batted their eyes they could get what they wanted, suggested that this is what I do.

I have been referred to as a "window licker", which I believe was to insult my intelligence.

Superintendent had written me a note to tell me he thought I did a good job regarding certain projects and CC's my supervisor on the email. I was then taken a side by my supervisor and a door was closed so the superintend could not hear supervisor talk down to the things the superintendent just gave me recognition for.

I have been asked by my supervisor multiple times if I thought about him over the weekends.

I supervisor has told me that he has thought about me while showering.

My supervisor encourages arguments among my team.

I was told I was not smart enough by a supervisor to be able to do something.

A co worker had put his hands through my hair without permission.

My supervisor mocks me when I have informed people I do not like to be touched.

My supervisor has mocked me when I told him I do not come to work to hear that I am pretty when a co worker referred to be as pretty. My supervisor kept saying it when I addressed him "I don't come to work to hear I am pretty" he would say to me.

I feel like I am being bullied at work. On a daily basis I feel upset and frustrated.I have become very unhappy while at work. My motivation level has decreased and my communication is lacking. This is affecting my work and personality at work.

| Additional Questions | Answers |
|---|---|
| What is your relationship to Shell? | Shell Employee |

| | |
|---|---|
| Did you choose to remain anonymous? | No |
| If you would rather remain anonymous, would you instead be willing to communicate with just one individual in Shell without having your name documented? | N/A |
| If you are not comfortable with this would you be prepared to communicate via an independent Third Party? | N/A |
| If you are willing to do this Shell will respond to your issue with a contact name/number for you to receive on your follow up call. | N/A |
| Are you reporting an issue in the United States or outside the US? | Inside the US |
| For which business unit or area of operations does the subject of this report work [if the caller does not know, ask which business unit he/she works for]. | Shell Oil Products US (SOP US) (also includes Chemical Manufacturing at Deer Park, Geismar or Norco) |
| If you do not work for one of these units, what is the name of your operating unit? | N/A |
| To which Shell company does this issue refer? | N/A |

## Communication with Reporter

| Type | Date Entered | Entered By | Reply Given to Reporter | Language |
|---|---|---|---|---|
| Follow-up | 2016-11-16 13:30 GMT | webAllegationSubmit | No | English |
| WPA Follow-Up | | | | |

The user has not provided any additional details for this report.

| Reply | 2016-11-15 19:05 GMT | Connie  Olivarez | Yes | English |
|---|---|---|---|---|
| Investigation Pending | | | | |

Dear Reporter:

Thank you for your submission.  Your report has been received and is now being assessed accordingly.

Regards,
Business Integrity Department

## Other Background Details

| | |
|---|---|
| **Shell Business (Level 1)** | Upstream |
| **Shell Business (Level 2)** | UPU - Unconventionals |
| **Report Type** | Allegation |
| **BID Investigation** | No, HR/HSSE |
| **Report Name** | HR |
| **CMS Case Number** | |
| **Origin of Report** | Helpline |
| **Allegation against** | Shell Employee |
| **Location of case material** | |
| **Date set to Pending** | |
| **Referred to Law Enforcement** | |
| **Job Grade of Subject 1** | |

**Job Grade of Subject 2**
**Job Grade of Subject 3**
**# Employees terminated**
**# Contractors terminated**
**# Employees disciplined**
**# Contractors disciplined**

| Assignee | Assignment Type | Complete/Removed | Date Assigned | Assigner |
|---|---|---|---|---|
| Cari Otto | Lead Investigator | | 2016-11-15 19:01 GMT | Connie  Olivarez |
| Doug Schlegel | View-Only | | 2016-11-15 19:01 GMT | Connie  Olivarez |
| Joseph Montemayor | View-Only | | 2016-11-15 19:01 GMT | Connie  Olivarez |
| Matthew D Griffiths | View-Only | | 2016-11-15 19:01 GMT | Connie  Olivarez |

| Assignment Notes | | Date Entered | Entered By |
|---|---|---|---|
| No Case Assignment Notes found for this call report. | | | |

**Investigation Notes**
| Date Entered | | Entered By |
|---|---|---|
| No Case Investigation Notes found for this call report. | | |

**Other Investigation Details**

| Date of Incident | N/A |
|---|---|
| **External Investigator Cost:** | Currency |
| **Real loss:** | Currency |
| **Potential loss:** | Currency |

**Case Indicator**

**Legally Privileged**
**Potential Report to SEC**
**Up the Ladder**

| Related Case | Same Case | Date Added | Added by |
|---|---|---|---|
| No Related case found for this call report. | | | |

**Resolution Details**

No Resolution found for this call report.
**Executive Summary**      Reporter alleges harassment in the workplace.

**Other Resolution Details**

---

## Attachments

| File Name | Date Added | Uploaded By |
|---|---|---|

No Case Upload Files found for this call report.

*Client agrees and understands that NAVEX Global neither warrants, vouches for, nor authenticates the reliability of the allegations provided in this report.  Client agrees that it shall have the sole responsibility for investigating or otherwise evaluating these allegations and other information provided and to comply with all local, state and federal laws pertaining to the investigation and protection of such information, as well as the protection of all rights of any person or persons accused of any wrongdoing.

Shell_0000353