# EXHIBIT O

## To Questions and Answers

Jesse A. Barnes
REDACTED

EDUCATION AND TRAINING
2013-Present Training
• MIE Sustainability Workshop Houston, TX
• Maintenance Reliability Turnaround Workshop Calgary, AB
• Maintenance Analyst Shadowing Wellsboro, PA
• 8 Step Problem Solving Wellsboro, PA
2009-2010 Pennsylvania College of Technology Williamsport, PA
2002-2008 Mansfield Junior/Senior High School Mansfield, PA High School Diploma

WORK Experience
Shell Exploration and Production Company Wellsboro, PA
October 2014-Present
Maintenance Analyst (Cenergy Contract)
• Communicate and close out work orders on a daily basis
• Print and distribute work orders to appropriate personnel weekly
• Review feedback daily for continuous improvement opportunities
• Maintain Maintenance Integrity Execution standards
• Analyze Key Performance Indicator reports weekly
• Create and track notifications
• Skilled SAP abilities
• Work closely with Planners, Scheduler and Maintenance Technicians to accomplish daily goals
• Create reports and presentation for Maintenance Supervisor for Accountability Report out
• Set up SAP profiles and request access
• Attend meetings daily

Shell Exploration and Production Company Wellsboro, PA
November 2010-October 2014
Administrative Assistant (Cenergy Contract)
• Assist the Operations team with reaching business and personal goals in a fast-paced work environment
• Assist with Superintendent's travel plans as well as visitors planning site visits
• Organize office building maintenance
• Work closely with vendors on invoice processes
• Manage telephone call, emails, and in-person visits from the community hot line
• Delegate community cases to proper personnel for resolution
• Research landowner claims, enter detailed data, and close claims
• Organize community open houses, in addition to answering and directing questions at open houses
• Provide support with creating spreadsheets and presentations using Microsoft Excel, Word, and PowerPoint
• Provide support with copiers, printers, and postage meters
• Purchase office supplies and keep items in stock
• Create UPS labels and distribute mail
• Schedule meetings
• Keep updated employee records
• Data entry
• Provide IT assistance

Changos Cantina
2012-2012
Bartender Mansfield, PA
• Beverage and food sales
• Interact and build customer relationships

Mark's Brother's Restaurant and Lounge Mansfield, PA
2009–2011
Bartender
• Beverage and food sales
• Interact and build customer relationships

ACHEIVEMENTS
• Charity Golf Tournament Committee Member
• Building Fire Warden
• Volunteer at Community Events
REFERENCES

Codes: 13484BR United_States

**Global Questions**

### Resume

First name  Jesse

Middle name  A

Last name  Barnes

Address line 1  REDACTED

Country  United States

State/Region/Province  Pennsylvania

City  Tioga

Confidential

Shell_0001137

Zip/Postal code REDACTED

Home phone REDACTED

Mobile REDACTED:TED

Contact e-mail address REDACTED

## Education

| School or Educational Institution | Major or Area of study | Degree | GPA | Grad year | Most recent |
|---|---|---|---|---|---|
| Mansfield High School | General Studies | HIGH SCHOOL DIPLOMA/GED | | | |
| Pennsylvania College of Technology | General Studies/ Environmental Studies | N/A | | | ✓ |

## Experience

| Position or job title | Organization name | Start year | End year | Most recent |
|---|---|---|---|---|
| Maintenance Analyst | Shell Appalachia | 2014 | | ✓ |
| Administrative Assistant | Shell Appalachia | 2010 | 2014 | |
| Bartender | Changos Cantina | 2012 | 2012 | |
| Bartender | Mark's Brother's Restaurant and Lounge | 2009 | 2011 | |

## Attachments

| Category | File name |
|---|---|
| Reference Letters | Letter of Recommendation.pdf |

Are you (or have you been within the last 12 months) a Government Official? No

Are any of your immediate family members Government Officials? No

Are you currently involved or have ever worked within the last 3 years in a Shell Audit process? No

Do you have any financial arrangements (including retirement funds) with Shell's auditors? Please note that Shell's current auditor is PwC. No

Which of the following most closely describes any experience you have working for Shell as either a contractor or direct Shell employee? I am currently working as a contract employee at Shell or an affiliate company

If you have previous experience working for Shell or an affiliate as either a contractor or direct employee, provide the dates of employment, Shell supervisor and work location. Please do not state "See resume." 2010-Present, William Turney, 12880 US Route 6, Wellsboro, PA 16901

Select from the list each of the languages you are able to speak, read and write at a beginner/elementary level. English

Select from the list each of the languages you are able to speak, read and write at an intermediate level. English

Select from the list each of the languages you are able to speak, read and write fluently. (Please ensure that you select your native language in this list) English

Please choose the countries where you have the right to work without requiring sponsorship for a work visa. United States

How did you hear about this opportunity? Shell Website

Please specify. Shell Employee informed me of job posting.

Select from the list below the country you are applying to. United States of America

### US EO

Are you legally authorized to work in the U.S.? Yes

Will you now or in the future require visa sponsorship for employment at Shell U.S.? No

What is the basis of your current work authorization? Work authorization is provided by manager.

Do you have a non-compete agreement or similar arrangement with your current or former employer or any other party? No

Expected Annual Salary (Currency) United States Dollar

What is your expected annual base salary? 40000

What is your expected total annual compensation? 40000

Negotiable? Yes

We value all forms of military service. Please select the option that most closely describes your military background/experience? I have never served in the military

Confidential
Shell_0001138

There are specific veteran categories that are protected by certain federal regulations. The following instances qualify a veteran for a protected category, as defined below. Please check the box that is most applicable to you.

Date added        13-Feb-2015

Confidential

Shell_0001139