# EXHIBIT R

Message

| | |
|---|---|
| **From**: | Long, Kathy H SHLOIL-HRT/RA [/O=SHELL/OU=AG1-SHELL/CN=RECIPIENTS/CN=KATHY.LONG] |
| **Sent**: | 7/16/2015 4:29:25 PM |
| **To**: | Priest, Michelle L SCC-HRD/LC [michelle.priest@shell.com] |
| **Subject**: | RE: Action: Offer Recommendation for Jesse Barnes- Maintenance Analyst (13484BR) - Please approve |
| **Attachments**: | BarnesJesseResume.pdf |
| **Sensitivity**: | Company Confidential |

---

**From:** Priest, Michelle L SEPCO-HRUA/AUST
**Sent:** Thursday, July 16, 2015 2:39 PM
**To:** Long, Kathy H SHLOIL-HRT/RA
**Subject:** RE: Action: Offer Recommendation for Jesse Barnes- Maintenance Analyst (13484BR) - Please approve
**Sensitivity:** Confidential

Kathy,

Could you send me the resume as well?

Thanks,
M.


**Michelle Priest**
HR Account Manager, Shell Appalachia

Address: 2100 Georgetown Drive - Suite 501 - Sewickley, PA 15143
Phone: +1 281 544 7474 (Click here to call me on Communicator)
Email: Michelle.Priest@shell.com
Internet: http://www.shell.com/global/future-energy/natural-gas.html

  

This mail has attachments containing confidential personal data, which should only be processed and used for the purpose of this communication. Whilst in your possession, it should be stored securely, not shared with unauthorised persons and deleted after its legitimate use.

---

**From:** Long, Kathy H SHLOIL-HRT/RA
**Sent:** Thursday, July 16, 2015 3:26 PM
**To:** Priest, Michelle L SEPCO-HRUA/AUST; Seals, Rayetta D SHLOIL-HRT/RA
**Cc:** Blakley, Hondo B SEPCO-UAU/U/EO
**Subject:** Action: Offer Recommendation for Jesse Barnes- Maintenance Analyst (13484BR) - Please approve
**Sensitivity:** Confidential

Here is an updated offer for the JG – 8 Maintenance Analyst role. Please review and approve and I will follow up with Jesse.

**13484  Jesse Barnes**

| Job Title | Maintenance Analyst |
|---|---|
| JG | JG - 8 |
| Current Salary | $40,000.00 |
| Requested Salary | $55,000.00 |
| Any other relevant Benefits Package information | No |

| | |
|---|---|
| the | |
| Yrs Industry Experience (for vacation purposes) | 5 years – 1/1/2000 |
| Sponsorship Required? If yes, have approvals been obtained? | No |
| Relocation Required? | No |
| Assessment of candidate's eagerness to join Shell | Shell Contractor |

#### *Recommended offer*

| | |
|---|---|
| Job | Maintenance Analyst |
| JG | JG - 8 |
| Base Pay | $55,000.00 – 80%PIR |
| Target Bonus % | 10% |
| Vacation (wks) | 3 weeks |
| Sign On Bonus $ | -0- |
| Other (Relo/sponsorship) | None |

---

**From:** Priest, Michelle L SEPCO-HRUA/AUST
**Sent:** Wednesday, July 15, 2015 4:13 PM
**To:** Seals, Rayetta D SHLOIL-HRT/RA
**Cc:** Long, Kathy H SHLOIL-HRT/RA; Blakley, Hondo B SEPCO-UAU/U/EO
**Subject:** RE: Action: Offer for Jesse Barnes- Maintenance Analyst (13484BR)
**Sensitivity:** Confidential

Rayetta,

For the Maintenance Analyst posting, if we can proceed with the offer to the previously identified candidate at JG 8 , that would be great!

Michelle


**Michelle Priest**
HR Account Manager, Shell Appalachia

Address: 2100 Georgetown Drive - Suite 501 - Sewickley, PA 15143
Phone: +1 281 544 7474 (Click here to call me on Communicator)
Email: Michelle.Priest@shell.com
Internet: http://www.shell.com/global/future-energy/natural-gas.html



This mail has attachments containing confidential personal data, which should only be processed and used for the purpose of this communication. Whilst in your possession, it should be stored securely, not shared with unauthorised persons and deleted after its legitimate use.

---

**From:** Blakley, Hondo B SEPCO-UAU/U/EO
**Sent:** Wednesday, July 15, 2015 6:18 AM
**To:** Seals, Rayetta D SHLOIL-HRT/RA; Priest, Michelle L SEPCO-HRUA/AUST
**Cc:** Long, Kathy H SHLOIL-HRT/RA