# EXHIBIT "AA"

7-8

Scott.    Redacted          Redacted

Shane    Redacted
                            Redacted

Scott.   Redacted
                            Redacted

Will    Jesse Barnes    does enough, gets bored.
            .8          lack of participation.
                        need more analyst work.

Will    Redacted       Redacted    ← GREG LARSEN'S
                                    COMMENTS FROM
                                    2016 IPF RANKING
Greg.   Redacted       Redacted     SESSION

Confidential

Shell_0001275