# EXHIBIT BB



**The Performance Ranking Process**
Guidelines for Ranking Panels

Appalachia Operations

27 October 2016

Copyright of Shell International, B.V.                                    1

These guidance notes are meant to be presented at the start of a ranking session by the HR facilitator, in order to explain the ground rules to the panel, remind them of the Group performance ranking criteria and point them to the importance of taking into account D&I considerations.

This presentation should be used in conjunction with the detailed IPR guidelines as available on the IPR website.

## IPF RANKING

- Every individual should be included in one (and only one) ranking population.
- The panel is asked to establish an Individual Performance Factor (IPF) for each employee and how they compare relative to the peers in the ranking population.

### IPF Model

- IPFs range from 0.0 to 1.5 and are not associated to any labels.
- Panel calibrates preliminary IPF assessments.
- IPF average (budget) for each ranking group must not be higher than 1.03.

### Ground Rules

- The Picture Principle.
- Direct knowledge of performance.

Copyright of Shell International, B.V.                         [DateTime]        2

Preparing for the ranking panel

Supervisors should review employees' GPA and should make preliminary assessments of IPFs for use as initial input into the ranking session. These preliminary IPFs should not be discussed with employees.

Supervisors also need to take into account how employees perform compared to the ranking criteria. A supervisor will need to provide clear examples of how employees demonstrate levels of performance measured against the Group global performance ranking criteria.

Direct knowledge: The prime requirement is that members of the panel should have direct knowledge of the performance of those to be ranked. Where this is not possible, the panel members should have been briefed by the direct supervisors of the employees concerned. Particular care needs to be taken in relation to employees who do not report directly to any panel member, or those who are 'virtual' team members, to ensure that their performance is not overlooked or given too little weight.

Employees in Functions: Employees in Functions (e.g. Finance, HR, IT, etc.) should be allocated to a ranking population in their respective functional populations, on the basis that their 'solid' reporting line runs into the Function.

Ranking panel session

• The HR facilitator should begin the session by reviewing the purpose of the session, roles, and ranking criteria, and should present the preliminary IPFs determined by the supervisors. This process concludes once the panel believes it has tested its conclusions sufficiently, is satisfied with the overall ranking result, and has checked that the average of IPFs in a group is not higher than 1.03. It is important that all IPFs are validated at the end of the session as no changes can be

made once the session is closed.

Who should be part of the ranking session

The Picture Principle: employees should be allocated to ranking populations based on their position in the organisation by 30 September. In effect, a picture of the organisation should be taken on 30 September and divided up into ranking populations.

A) Absence

Absent for a full performance year and requires an IPF for merit adjustment purposes according to the Country specific treatment applicable. - OUT OF BUDGET / ASSIGNED A DEFAULT IPF

Absent for part of a performance year and a decision is made to exclude from ranking and apply the previous year IPF on the basis that no sensible judgment can be made regarding performance - OUT OF BUDGET / ASSIGNED A DEFAULT IPF

B) Transfer

Transfers from one ranking population to another with a transfer date of 01 October or later - OUT OF BUDGET / REQUIRING A RANKED IPF

C) Promotion

There is no fixed IPF applicable to employees who have been promoted recently. It is acknowledged that promotions are likely to influence IPFs, but there is no automatic IPF connected to promotions. Each case requires a careful, individual review.

D) Secondee

Secondees-Out out of the Shell Group to a Joint Venture or 3rd Party for whom an IPF outcome is determined by the JV or 3rd Party to which they are Seconded. - OUT OF BUDGET / REQUIRING AN IPF TO BE ASSIGNED (BUT NOT RANKED)

E) New Joiner

New Hires to Shell Group with a First Day on Payroll between 01 October and 31 December inclusive. These staff should not be ranked nor have records manually added to Orbit. Instead, records for all Q4 New Hires are created in Orbit in January of the following year and assigned 0.9 IPFs out of budget. - OUT OF BUDGET / ASSIGNED A DEFAULT IPF

Shell_0000818

# PERFORMANCE DIFFERENTIATION CHALLENGE

■ We should aim to recognize and reward our highest performers and give clear signals to lower performers.

■ Ranking panels should challenge themselves to identify around 10% of staff who should be given an IPF of 1.3 or higher, and between 3% and 7% of staff who should be given an IPF of 0.7 or lower.

Copyright of Shell International, B.V.

3

Shell_0000819

## SPS Results

| | Q22. My team leader sets clear goals, objectives and expectations for my job performance | Q23. My team leader helps to focus on work that delivers the most business value | Q25. My team leader gives me feedback that helps improve my performance | Q26. My team leader recognizes me when I do a good job | Q28. My team leader encourages me to perform at my best | Q29. My team leader deals effectively with underperformance | Q1. Clear link between my work and the organisation's objectives | Q2. My job makes good use of my skills and abilities | Q3. I have the resources (information and technology) that I need to do my job effectively |
|---|---|---|---|---|---|---|---|---|---|
| Appalachia Operations | 54% | 60% | **56%** | **60%** | 73% | **44%** | 70% | 69% | 67% |

Copyright of Shell International, B.V.

[DateTime]                    4

## INDIVIDUAL PERFORMANCE - Our intent

- Engagement drives performance, so we need to drive engagement (behavioural change).

- Leadership drives engagement, so driving performance needs to be leader led (accountability).

- Reward can also impact performance, so we need to provide great rewards for great results (drive performance through reward).



Copyright of Shell International, B.V.

5

Here you see the three areas that detail our purpose.

The first is the link between engagement and performance. We know from external research and the Shell People survey that engagement drives performance, however engagement does not exist in a vacuum, it needs to be focused on performance and is not an end in itself.

The second is the insight that leadership drives engagement and therefore activities to improve engagement (and performance) need to be led by line management, not HR.

The third is that reward also influences performance, so we need to ensure that we recognise and reward our top performers.

The key message in this slide is that engagement is the key to unlocking performance.

Confidential

## PERFORMANCE RANKING CRITERIA

■ The ranking panel is responsible for calibrating IPF assessments based on the relative performance of the individuals being ranked.

■ All criteria need to be taken into consideration. Judgment should be based on clear examples that demonstrate the performance level.

**Individual Performance against Targets**
Goals recorded in the GPA

**Demonstrated Behaviours**
Code of Conduct
Core Values
Shell's General
Business Principles
Behavioural Imperatives

**Contribution to business goals/priorities**
Make a difference to operational performance and our bottom line

Copyright of Shell International, B.V.

6

**How to use the criteria:**
General performance ranking criteria ensure comparisons within a common framework. When using these criteria in a ranking session, panel members should review and give clear examples of where employees have demonstrated levels of performance in the selected criteria. These criteria should be used to reach a holistic judgement of performance of individuals relative to the ranking population. The Shell Ranking Criteria should be used to reach a holistic judgement of performance of individuals relative to the ranking population.

Goals and Performance Appraisal (GPA) forms, with their assessment of performance against agreed targets, provide important reference points in any ranking discussion. Many employees have targets which are particular to themselves and their jobs and tend to achieve most of their targets. Thus ranking discussions based solely on achievement of targets can prove inconclusive, and other differentiators must be brought in: Demonstrated behaviours and Contribution to business goals/priorities.

**Pay for performance:**
Remember that the IPF scores are a mean of distributing a limited resource - money - in a way that differentiates between different levels of performance within a ranking population.
Employee needs to have a consistent and sustainable performance across the three criteria. For event-driven accomplishments, supervisors can use other rewards - such as Special Recognition Awards (SRAs). Likewise, SRAs shouldn't be 'discounted' in the performance ranking process but it should also not be given too much weight.

**Visibility and potential:**
Also, when assessing performance, the panel should not assign too much weight to achievements simply because a job's

visibility makes them easier to measure.

Current Estimated Potential (CEP) – CEP is a measure of the estimated future potential of an individual. CEP should not be used as a criterion when carrying out performance ranking.

Shell_0000823

## Notional 9 Box Grid – To Determine Relative Performance

**Business/Individual Results**

| | Below Plan | Meets Plan | Exceeds Stretch |
|---|---|---|---|
| **Role Model** | Partially Meets Expectations | Exceeds Expectations | Exceptional |
| **Solid Player** | Needs Improvement | Meets Expectations | Exceeds Expectations |
| **Development Needs** | Not Performing | Partially Meets Expectations | Partially Meets Expectations |

**Displays Expected Behaviors**

**Results + Behaviors = Overall Performance**

Copyright of Shell International, B.V.

Shell_0000824



Confidential

Shell_0000825

## Performance Share Plan (PSP) nominations

- For employees at SG 2 and below, the PSP result is a "yes/no" outcome.
- For employees at SG 1 and above, the Sustained Performance & Value Matrix ('9-box grid') should be used for PSP nominations.



The ranking panel will place each individual in one of the boxes of the grid within a 1.0 budget control, i.e. the average factor for any population should not exceed 1.0.

Copyright of Shell International, B.V.

Shell_0000826

## CHECKS & BALANCES

- The ranking panel needs to use the Report feature of the Orbit tool to check any biases in the average IPF:
  - Salary Groups
  - Gender
  - Age
  - Nationality (+ Ethnicity for some countries)
  - Part-time working status

 All checks need to be done during the session to allow appropriate challenge – once the session is closed changes are not possible anymore.

Copyright of Shell International, B.V.                                                                 10

Diversity Skew - It is essential to identify any skew related to gender, age, nationality, part-time working, or salary group during the performance ranking process to enable appropriate challenge at a time when adjustments can be made if required. The Orbit Online ranking tool enables the skew checking as it shows the average IPFs for these different cuts.

Salary Group (SG) Differences – When comparing employees at different SG group levels, due regard for the standard of contribution Shell should expect from employees for the SG level concerned should be applied.
Graduates - Graduates in the Develop programme are ranked in the population of their department but their IPF allocation is out of budget to ensure that there is no negative impact on the rest of the ranking population.







Confidential



Shell_0000831





SG 3 9-Box

Business / GPA Results



## SG 2 9-Box

**Business / GPA Results**

|  | BELOW PLAN | MEETS PLAN | EXCEEDS STRETCH |
|---|---|---|---|
| **ROLE MODEL** | PARTIALLY MEETS EXPECTATIONS: | EXCEEDS EXPECTATIONS: | EXCEPTIONAL: **Redacted** |
| **SOLID PLAYER** | NEEDS IMPROVEMENT: | MEETS EXPECTATIONS: | EXCEEDS EXPECTATIONS: |
| **DEVELOPMENT NEEDS** | NOT PERFORMING: | NEEDS IMPROVEMENT: | PARTIALLY MEETS EXPECTATIONS: |

Expected Behaviours

Unconventional

A P G C

External focus
Commercial
Delivery
Speed
Simplicity

17

Shell_0000834

## PROGRESSION ELIGIBILITY CRITERIA

**Eligibility criteria**
- Applies to PT, UP, IG and Global Functions (Finance, IT, & Legal)
- Promotions into **SG 5 -1**
- **Technical** job skill pools
- **Specialist individual contributors** with no supervisor responsibilities, i.e. subject matter experts or principal technologists

**Additional factors**
- **Sustained performance**
- Demonstrated ability **to perform at a higher level** (competitive at new JG level )
- **Business need** for work to be performed at a higher job grade
- **Remain in role** for period of time
- **Fulfill requirements** of specific **discipline or competency based training** linked to progression, such as SGP/SATP, or Round I and II for Wells

Copyright of Shell International, B.V.

13

Shell_0000835

## CONTROLS, CHECKS & APPROVALS

### Controls

- **3% progression ceiling** translated into actual number of promotions per TD and SG
- The progression actuals will be based on a Shell People 'snapshot' on **30th Sept. 2016** of all staff with a **technical job skillpool**
- The Progression ceiling actual numbers will be shared by PPS/Talent with Focal Points
- HRVP will be responsible to ensure that promotions are within the established ceiling limit (for TD)

### Checks

- ✓**GSPM approval** for all **SG2+, expats** and **JV secondees** prior to IPR ranking
  - ✓Differing practices per skillpool, therefore good to check all progression nominations with GSPM
- ✓**HRiB** accountable to verify and approve evaluation of **SG2 & below**
  - ✓Use Job Evaluation principles
- ✓**Job Evaluation Team** (central) accountable to verify and approve evaluation of **JG1+**

### Approvals

- ✓All Progression nominations have to be approved by VP (Business) and VP HR
- ✓Final sign-off by EVP HR and Talent VP HR

Copyright of Shell International, B.V.

19

Shell_0000836

# PROCESS OVERVIEW

**Nomination Process**
(October/November)

**Data Review & Approval**
(December)

**Communication**
(January)

- **HRAM/TA** clearly and timely communicates progression process/eligibility with line manager

- **Line Manager** identifies preliminary candidates for in-role technical progression during IPF ranking preparation and submits to HRAM

- **HRAM** seeks advice from GSPM or Talent Advisor on nominations **before** IPR ranking

- **GSPM** engages with relevant stakeholders to get advice on all proposed Progressions (with a specific focus on SG2+, expats and secondees)

- **HRAM** verifies job grade / pay structure

- **HRAM** ensures progression is agreed in IPR ranking, records all Progression nominations in excel template and sends to Progression focal point

- **VP (Business) and HRVP** approve Line of Business / Technical Division Progression nominations

- **EVP HR & Talent VP** final sign off all Progressions in respective Business

- **RDS Progression Focal Point (process)** – work with HR Service Centres to upload and implement all signed-off progression nominations

- **RDS Progression Focal Point** provides GSPM and HRAM with list of approved promotions

- **HRAM** provides Line Manager list of approved promotions for communication

- **Line Manager** communicates Progression outcomes to employees (may be combined with IPF /PSP discussions)

**Promotions are effective from March 1st 2017**

*Note: RDS operated staff seconded/loaned from the parent JV*

Shell_0000837

## Progression

Copyright of Shell International, B.V.

[DateTime]                    21

Confidential

Shell_0000838

## Checks and Balances

Average IPF by Salary Grade

| SG | Average IPF | # of EEs |
|----|-------------|----------|
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| G | | |
| Grand Total | | |

Average IPF by Org Unit

| Org | AVG IPF | # of EEs |
|-----|---------|----------|
| | | |
| | | |
| | | |
| | | |
| | | |
| Grand Total | | |

Copyright of Shell International, B.V.

Confidential

## Checks and Balances

**Average IPF by Gender**

| Gender | Average IPF | # of EEs |
|---|---|---|
| Female | | |
| Male | | |
| Grand Total | | |

| Age Band | Avg IPF | # of EEs |
|---|---|---|
| 20 | | |
| 30 | | |
| 40 | | |
| 50 | | |
| 60 | | |
| Grand Total | | |

Copyright of Shell International, B.V.

[DateTime]     23

Shell_0000840

## Next Steps

Copyright of Shell International, B.V.

Footer

Confidential

Shell_0000841



[DateTi

## 9 Box Ratings Definition

| Business/Individual Results | Displays Expected Behaviors |
|---|---|
| **Exceeds Stretch:** Goes beyond/exceeds all individual/business objectives. | **Role Model:** Consistently demonstrates all the expected behaviors as it relates to the UNC Hood Ornament, Behavioral Imperatives & Leadership Attributes while under ambiguous and stressful situations and/or during periods of change and crisis and is recognized by others as a leader in consistently displaying these behaviors. |
| **Meets Plan:** Generally meets all individual/business objectives. | **Solid Player:** Consistently demonstrates majority of expected behaviors as it relates to UNC Hood Ornament, Behavioral Imperatives & Leadership Attributes. |
| **Below Plan:** Generally falls short of individual/business objectives. | **Development Needs:** Inconsistent in demonstrating expected behaviors as it relates to the UNC Hood Ornament, Behavioral Imperatives & Leadership Attributes while under ambiguous and stressful situations and/or during periods of change and crisis. |

Shell_0000843

## UAU Hood Ornament - Operating Model Delivery

| Capability | Mechanisms | Mindsets/Behaviors | Outcomes |
|---|---|---|---|
| Learn Fast, Share Fast | • KM Strategy<br>• EA4U (data architecture)<br>• Process Councils and vertical Excellence VPs | • Shares Learnings and best practices with others.<br>• Uses standard processes and WoW<br>• "Go See" to deeply understand how things are working and improve | • Broaden, deepen UNC capability and skills<br>• More staff time doing analysis and less searching for data<br>• Improve delivery capability & efficiency gains (EA4U/CI) |
| Integrate Seamlessly | • Asset teams, Roles & Accountability<br>• PT Projects/Wells at UAU/UIU and GM leadership tables<br>• Dedicated, co-located TAs<br>• Consistent processes, standards | • Enterprise first mindset<br>• Personal ownership & accountability<br>• Full UA/UI/PT alignment | • Improved Delivery of targets (P&L)<br>• Improved SPS scores<br>• Single point accountability |
| Rapidly Identify and De-Risk | • Mosaic (LEGO) Catalogue<br>• Apply TOGS tools and concepts<br>• Portfolio Model<br>• Common tool set | • Deliver against agreed competitive standards<br>• Stamp out customization; celebrate replication (Mfg mindset)<br>• Transparency of actions<br>• Know when to "hold 'em /fold 'em" (portfolio) | • Efficiency gains from standard/simplified surface kit<br>• Competitive sourcing and optimization of supply chain<br>• Aggressive portfolio optimization<br>• Shared data allows faster decisions |
| Global Coordination /Local Execution | • UNC Operating model & Principles<br>• Complimentary UAU/UIU VP roles<br>• UAU/UIU Leader Meetings/Events<br>• Common Scorecard | • Enterprise first mindset<br>• Collaboration<br>• Enhanced externalization – leverage industry learning<br>• Collegial alignment & trust | • Improved alignment, consistency<br>• Improved global portfolio decisions<br>• Improved Safety Performance |

Confidential

## Leadership Behavioral Matrix

| Authenticity | Growth | Collaboration | Performance |
|---|---|---|---|
| *Inspire by personal integrity, transparency and humility<br><br>*Lead from an overarching sense of personal purpose and bring meaning to work<br><br>*Balance authentic expression with curiosity to learn<br><br>*Resilient under pressure, strengthened by adversity | *Set direction and capture opportunities to generate sustainable value<br><br>*Active in external environment for new perspectives and opportunities<br><br>*Adapt the business to changing contexts, courageously take appropriate risk and innovate<br><br>*Uncompromising on safety, ethics & compliance<br><br>*Act to differentiate Shell's reputation in society | *Create competitive advantage through strong partnerships Build win-win solutions for customers<br><br>*Collaborate across boundaries at pace, embrace diversity and cultures<br><br>*Influence without formal authority | *Lead delivery of extraordinary business outcomes<br><br>*Empower teams and hold them accountable Focus on delivering commercial results for the Enterprise<br><br>*Passionately invest in people to build performance for today and tomorrow<br><br>*Set a high standard for  professional and operational excellence in execution |

Shell_0000845

## BEHAVIOURAL IMPERATIVES



**External focus**
- Maintain an externally informed perspective on our business opportunities and challenges
- Understand what our customers need (immediate and long term) and focus on delivering innovative solutions to meet these
- Focus on external partnerships that deliver value to customers and stakeholders



**Commercial mindset**
- Lead people to outperform competitors
- Understand the sources of value (how we make money) within and across our businesses
- Work back from commercial opportunities to prioritise activities that deliver value



**Delivery**
- Agree clear accountability, and gain commitment for delivery of specific outcomes
- Motivate people to exceed, reward success and apply consequences for non-delivery
- Step back, track performance, and intervene to ensure delivery



**Speed**
- Take appropriately informed decisions, and manage related risks
- Remove barriers to quick action

**Simplicity**
- Eliminate activities that do not contribute to delivering commercial value
- Continuously drive out complexity and unnecessary cost

Copyright of Shell International, B.V.

# Key Outcome Based Performance Questions

- **Business Related:**

1. How have you contributed to the cash flow of our business? (High Value)
2. What did you do to contribute to lowering the unit costs of our business? (High Value)
3. What did you do to increase the production of our business? (High Value)
4. How did you contribute to lowering the TRCF? (High Value)
5. How did you enable us to increase our reserves for future production? (High Value)
6. How did you contribute to meeting our reliability targets? (Medium Value)
7. What did you do to contribute to lowering/eliminating non-scheduled deferment? (Medium Value)
8. How have you eliminated waste and simplified your organization?  (Medium Value)

- **Behavior Related:**

1. What/How have you contributed to outcome based performance discussions with your staff? (High Value)
2. How did you demonstrate and implement leadership attributes? (High Value)
3. What did you do to provide in-role development for your staff? (High Value)
4. What have you contributed to ensure a successful pipeline of talent via our succession planning? (High Value)
5. How did you demonstrate the behavioral imperatives? (Medium Value)
6. How have you ensured proper knowledge transfer to reduce/eliminate the needs for expats? (Medium Value)
7. How have you contributed to a diverse and inclusive workforce to ensure we meet our D&I plan? (Medium Value)

Copyright of Shell International, B.V.

Shell_0000847