# EXHIBIT CC

| | |
|---|---|
| **Message** | |
| **From**: | Barnes, Jesse A SEPCO-UPS/U/UE [/O=SHELL/OU=AG1-SHELL/CN=RECIPIENTS/CN=JESSE.A.BARNES] |
| **Sent**: | 7/7/2017 12:29:22 PM |
| **To**: | Soudelier, Kelly H SEPCO-HRN/AT [kelly.soudelier@shell.com] |
| **CC**: | Priest, Michelle L SCC-HRD/LC [michelle.priest@shell.com] |
| **Subject**: | RE: Discussion Follow Up |

Hi Kelly,

I apologize for my overdue email. Thank you again for reaching out to me.

Here is a list form of what I would like to see in my review for accomplishments;

- Saved 16K in maintenance costs thru auditing preventative maint. plans
- Streamlined and managed all Z6 inquiries and submissions
- Reduction of 400 unnecessary preventative maintenance plans and over 800 hours
- Initiated redlining process with lead maintenance technicians
- Audited cost reports and found hundreds of thousands of dollars being allocated incorrectly on a month basis, took actions to fix issues.
- Identified gap in training process on SAP training, created job aides, and incorporated training with on-boarding process of new hires.
- Strategically designed maintenance lean boards for KPI awareness and continuous improvement opportunities
- Reduced over 1200 standing orders that weren't being cost tracked correctly, minimized risk of cost tracking errors
- Managed all building maintenance vendors and contracts, acted as an OSR for building maintenance crews
- Created an equipment tracking online system for lean initiative for improvement opportunities for planning and scheduling jobs accurately
- Filled in for maintenance scheduler and planner as needed
- Displays strong leadership skills as well as managerial techniques

However, I believe my 2016 performance review is discrimination based on my sex and retaliation because I complained about sex discrimination and sexual harassment. Also, in my 2016 year-end review, I was criticized for my performance and my attitude, and that I have not been criticized for my performance or attitude in my past performance reviews before I had complained about sexual harassment. I believe I was criticized for my attitude because I complained about sexual harassment, and that the criticism is unlawful retaliation for my complaints.

Please let me know if there's anything else you need me to provide.

Thank you,
Jesse Barnes

---

**From:** Soudelier, Kelly H SEPCO-HRN/AT
**Sent:** Monday, June 19, 2017 12:16 PM
**To:** Barnes, Jesse A SEPCO-UPS/U/UE <Jesse.A.Barnes@shell.com>
**Subject:** Discussion Follow Up

Hi, Jesse.  I wanted to follow up with you from our last discussion on April 27th.

First, we discussed your concern on your 2016 IPF (Individual Performance Factor).   I shared that HR was present during the 2016 IPR discussion, and your relative performance was fairly represented in the room and assessed by the group.  However, understanding your concerns regarding your supervisor, I had communicated we would increase your

2016 IPF from .8 to .9 and provide the associated pay benefits.  This has been completed and details are provided below.  You will see these monies in the coming weeks on your regular paycheck.

**Merit:**
*Old Merit = 800 USD*
*New Merit = 1000 USD*
*Salary as of 1.31.2017 = 56200 + 800 = 57000 USD*
*Revised Salary with New merit amount =* **57200 USD effective 2.1.2017**

**Bonus:**
*Old Bonus amount 56100 x .1 x .8 x 1.15* **= 5200 USD Paid**
*Revised Bonus amount 56100 x .1 x .9 x 1.15 = 5900 USD Difference owed to employee is* **700 USD**

Additionally, you had shared with me several notes regarding 2016 performance, and you had agreed to summarize these and send HR (Michelle or myself) the summary for input to your 2016 GPA.  I've not seen this from you yet.  Could you send it by June 30th or let us know if you will more time so that we can close it out?  Regarding 2017 performance, you shared that you had set 2017 goals with your new supervisor and he was being supportive of your performance and development.

Lastly, I had agreed that we would speak with other women in the office to ensure a positive work environment exists.  Michelle and I have done this through various engagements, as well as conducted trainings with all staff and leadership on diversity and inclusion.  As you know, Shell is committed to a workplace free of harassment and discrimination. HR and line leadership also continue to visit the office regularly to ensure a positive working environment.

Michelle Priest and I both remain available if you would like to reach out to discuss any of these items further.

Thank you,

**Kelly Soudelier**
HR Manager – Upstream & Integrated Gas
U.S. HR Operations

Shell Woodcreek Complex
150 N. Dairy Ashford
Houston, TX 77079
Room F-0396J

+1 832-337-2132 (Office)
+1 713-628-2131 (Mobile)

Confidential
Shell_0000793