# EXHIBIT EE

Exhibit EE

Interview Questions: Will Turney

**Attendees:** Will Turney, Megan Kloosterman (HR)
**Date:** 12/6/16

<u>**Introduction**</u>
- Introduction of myself
- Purpose of meeting is to follow up on the concerns raised by Jesse Barnes
- At this time I don't have any conclusions, we take these allegations seriously and are in the process of gathering information
- I ask that you be honest and transparent in your responses so I can gather the information needed to complete a thorough investigation
- Please keep the information we discuss here confidential, I will as well – only sharing on an absolute need to know basis

<u>**Interview Questions**</u>

1. Describe your current role and responsibilities.

   Been in role since January 2015 – over maintenance, planner/schedulers, was over compression/ES/warehouse, but the last few months we made changes to the asset. Now just mechanics, planning, scheduling.

2. Describe what event led you to send the email to Michelle with your concerns?
   It's been building based on things Jesse has been doing; It's been around the A3 which is on a visual board – I told her I wanted her to manage this board; Assigned this to her in October; she will send an email/ping/text that she's not ready; then we will review what she does have. She created the board and I critiqued it; Rory helped her and I said just remember LEAN is on this board, Rory won't know everything to put on our board; A week later she didn't have any changes to the board. When I questioned her on why, she said you know I have another job besides this board. She had Jeremy do this – he said Jeremy said "I have another job to do". She got really upset and said "that's not funny" – she looked really mad. I said that isn't funny, this is important. I called her in to talk about it and she started flooding out all of these issues and how I treat her. She brought up a few examples- Pulse survey meeting – I apologized for saying- what is the value of doing these things, I said Jesse it isn't about you it's about business. And I apologized. I was hurt when she brought up that she has felt this way about me since she's been working with me. She says I put her down.

   Text messages – have all of the messages from the past and you can see that I haven't put her down.

She gets upset with the feedback of the board; and she gets upset about things. She gets mad about everyone. Matt Scorney used to be my backfill and I would ask him – she gets furious quick. It's never been brought up to me before, I was stunned and I couldn't believe it.

Mark is my peer and Hondo is one role above me –I've been sharing these things with me.

I stopped sending her to meetings because she seems disinterested and wants to leave; she acts like she has no interest; blames others for why things aren't right.

I get complaints from a lot of people about her attitude; she was really upset at Ken Foreman. I told her she doesn't play nice in the sandbox.

When I told her I wanted her to train the CATS people how to do it themselves; She thinks everyone is incompetent and they can't do it; she did not want them to do it themselves; we came up with a whole list of things that weren't being done right.

She gets so mad – she said she was going to go to the field; she texted me that she would be gone all day. I asked her if we could make it 4 hours and se got very upset and wouldn't talk to me for 3-4 days. The week before that to ask if she could take April/Tonia out to dinner on the Shell card. I said sure, keep it reasonable if you want to get together. She gets very mad at me when I say no as my supervisor.

I found out that she and someone else went out on a drilling rig. I didn't know that she did it, but why would you do that if you had other work for me to do.

No other performance related concerns before the board- just her attitude, so I was trying to be accommodating and work with her – i.e. not attending meetings.

We've always told her too, people made sure I knew what I was doing when I was trying to hire her. I hired her; I fought to get her hired, she worked with me when she was a contractor.

JG7 issue – I was trying to build her up, I told her, I'm sorry I said this, but you're making good money as a woman. My intent was good but I was trying to make her feel good about it. I won't lie to you.

3. Overall, describe your working relationship with Jesse. How has the relationship been this year?
   - Recently not very good.
   - I have a lot of text messages from before, we were friends, we would be friendly; that's why this was so surprising, it broke my heart, I'm confused, I don't know if it is because of the recent performance things.
   - Told an individual that hugged her that she doesn't like to be hugged; I was looking out for her; and she was upset that I did that.
   - When Jeremy said the comment about he "has other work to do" she got mad that I didn't intervene.
   - They mess around a lot and joke around and then she gets mad at me for not intervening

Shell_0000378

4. Are you aware of any concerns she has with your working relationship? Has she made you aware of any concerns that she has?

*In Jesse's hotline call she provided various examples that I would like to review with you and gather additional information on.  I would like to walk through each one to get your response. I understand some of these may come as a shock to you and may be upsetting. Let me know if you need to take a break.*

**Supervisor**

- I have been shown a "selfie" of my supervisor in his underwear by him.
  - Me Ken and Jesse were there
  - We were showing pictures – Chad was showing a picture of him boxing posing in his shorts so I showed a picture of me in my underwear to the group.
- I have been brought into situations with an employee that were not necessary because my supervisor thought it was funny that the other employee and myself did not like each other (Robin G.).
  - Jesse said she hoped she ran into Robin's husband in Canada because she'd hit on him.
  - Jesse hates Robin Grouette
  - I would always joke and say hey your favorite person is here.
  - Don't remember bringing Jesse into a meeting unless Robin wanted me to bring her into a meeting.
- I was told in my mid-year review that I make good money for a woman and should not be upset with my pay grade by my supervisor.
  - It was when we first hired her and when she got her salary. But I did say that yes.
- My supervisor told me I was intended to be a pay grade 7 but was told by OM that I would be an 8 with no explanation.
  - The decision was made for lack of experience, once you prove yourself it's easier to raise you up. That was the real reason.
  - No one has ever told me why they questioned me hiring her.
- I was told I work well with male employees because I am a woman by my supervisor (project with lead mechanics – PMPs).
  - I said that; I said we saved this money, let's put it on the board, let's keep going. I said that's good it's because you are a girl. Tim Brewerly and Luke are who she said she works well with and you gotta know them to understand. You need to know Tim.
- Superintendent had written me a note to tell me he thought I did a good job regarding certain projects and CC's my supervisor on the email. I was then taken a side by my supervisor and a door was closed so the superintendent could not hear supervisor talk down to the things the superintendent just gave me recognition for.
  - I would not close the door because it was the superintendent (wouldn't hide anything); but i don't remember what we were speaking about
- I was told I am a hot blonde by my supervisor (Supermarket story – "saw a hot blonde at supermarket").
  - Confirmed supermarket story; at last year's Christmas party she was showing me the picture of me and her boyfriend at the Christmas party and referenced two handsome gentleman.

- I am continuously asked about my personal life by my supervisor (ex: do you drink wine when you get home?).
  - I do talk with her; we will all sit there in a group, she talked about buying a house, asked her about buying a house; she confided in my one time that she had to go to the doctor; I asked if she was OK, and she shared with me;

- - She used to tell us all the time to her office and up until 3-4 months ago tell me that she was drunk and out blacking out and getting in fights/kicked out of the bars.
  - I'm sure I have asked that if she drank wine when she got home; I know she doesn't sleep well at night
  - She tells everyone how she gets drunk and drinks all night long – she brings it up herself.
  - I would describe my relationship with everyone on my team is friendly like that. I try to be really nice to everyone

- My supervisor has referred to my significant other as a nerd.
  - Probably so.
  - One day I saw her passing and I asked who that goofball was that was driving her car
  - I am always asking about how he's doing. My wife is an RN.

- At a work charity golf tournament I was asked more than once why I was not wearing shorts at this event and if my supervisor could cut my pants into shorts as well as other supervisors joined in and took a picture of my backside (buttock) and saved on phone.
  - She told us she would get swamp ass walking around in those pants
  - It doesn't sound like something out of the ordinary to cut her pants
  - I don't know who took the picture; this past year se brought a very attractive blonde to hang out at the tent, in my opinion it wasn't proper. This was her best friend and she was all over everybody. She was very drunk. When you have that kind of situation, there was alcohol there. Anything could have happened; Jesse and her friend were going around hole to hole and asking people for beers.
  - The whole leadership team was at this event, Mayor of Wellsboro

- I was informed to "bullshit" my superintendent on what my position competency by my supervisor.
  - Steve would share with Will that their MA is doing work
  - I would back her up and say what she is doing
  - They talk to her and she clams up – I told her she needs to show them what you're doing; I didn't say bullshit, you tell them what you are doing.
  - Hondo can contest to that. We tell her since we hired her, you need to be on you're A game, you always need to be improving. Telling her that feedback. When you present in front of superintendent, don't clam up.
  - Steve was questioning her performance because he would ask her to do something and she wouldn't understand.

- My supervisor touches my arm and or leg the majority of the time I have a meeting or talk to him one on one.
  - I never touch her leg, but I do this to everybody, I tap people's arms.
  - I have never touched her leg, unless I am scooting in to talk to her.
  - She has never asked me to stop.

- I was told I am only right if my supervisor allows me to be by my supervisor.
  - That doesn't make any sense, I would never say that
  - I don't recall saying that in a joking manner

- I have addressed my supervisor about an issue I was having with a co-worker and was told that is the way it was going to be. (Ken Foreman completing some of her work)
  - She expressed concern that he was going to screw it up, she said she doesn't want others to do her job. I told her she needs the help, he's here to help you.
  - We have a huge backlog of work to do and she couldn't finish it all; this is where she gets defensive if people get in her territory.

Shell_0000380

- o I told her that I did not say that I was upset with her; I will address it with her.
- o She asked if she could work from home that day so she did.
- o I think she hates Ken, she hates Dan. It's not a secret that she hates these guys
- o She is the controller of the Z-6 log because she wrote an email to you saying she could handle this.
- This co-worker had lied to me saying that my supervisor was mad at me because I was falling behind on work. When I asked my supervisor what I needed to catch up on he denied that he had said anything.
- My supervisor said he thinks it's funny when I get into a disagreement with other women co-workers. (ex: Tonia P in Pittsburgh – pointing out an issue).
  - o I don't think it's funny, its aggravating to me.
  - o I have to have someone replace Jesse if she gets promoted or moves on
  - o When I call someone in to help her she gets aggravated, she said don't send Jill over here. She does that about Jen, Robin G, Jen Card. She's got her favorites and people hse doesn't want to work with
  - o I don't tell her it's funny, but what am I Supposed to do. I try to coach her on it
  - o Example: Tonia is very aggressive, she will send a note that Jesse can't do her job. Tonia said she sent you the procedure and she is asking you if you know how to do it. I told her to get with Tonia to figure it out.

- Supervisor gestures cat claws and makes a hissing noise.
  - o I have done that, I'm sorry Megan. I do that to everyone, you don't single anyone out.

- I expressed a concern to my supervisor a CPR trainer that instructed at our office that when I was performing CPR the instructor told me to "pick my ass up" in front of male colleges. My supervisor said "well did you pick it up?" in a laughing manner.
  - o I was in the class with her, she was doing something incorrectly
  - o I recall him calling her out on something she was doing wrong.
  - o I don't recall saying that.
- In my goals on HR online I entered I would attempt to visit the field every quarter for I am office based and want to gain knowledge of the field. When I asked permission to spend the day in the field with a female colleague I was told by my supervisor I was only allowed to go for 4 hours. When I asked why and/or if he needed me for something that prevented me from spending an 8 hour day in the field, he responded with no I just don't think you need to spend the whole day in the field. (April Heater visit)
  - o Field visits did not affect her IPF this year.

- I have been asked by my supervisor multiple times if I thought about him over the weekends.
  - o I do say this to a lot of people; I asked people "did you miss me?";  I could have said "did you miss me this weekend" because I don't do that.

- My supervisor has told me that he has thought about me while showering.
  - o I've said this in front of everyone; I think about work all the time; it was business related, when I was in the shower I thought about "oh" – I think about stuff all the time in the shower, it wasn't in that context.

- My supervisor encourages arguments among my team.
  - o That's not true; I hate them.
  - o I do let people argue it out, working out differences right here.
  - o People might make comments during meetings like "oh here it's the scheduler's fault again"
  - o If she is in a meeting she acts like she doesn't want to be there. Someone might call on her because we want her input and active in the meeting. She seems 'disgusted to be there'

- My supervisor mocks me when I have informed people I do not like to be touched.

- o Trying to look out for her;
- o She's told everybody that she doesn't like to be touched.

- My supervisor has mocked me when I told him I do not come to work to hear that I am pretty when a co-worker referred to be as pretty. My supervisor kept saying it when I addressed him "I don't come to work to hear I am pretty" he would say to me.
  - o Fletch came in and asked her to do something
  - o I didn't make the comment; I promise you I have never said that.

- I have received non work related text messages. (While on vacation in May – if she missed him, if she had been drinking yet.)
  - o Yes – I have texted her before; am I allowed to go through your town? She is the town mayor of Tioga
  - o Probably texted that.
  - o She texts stuff too – saying we forgot her birthday.
- I have been referred to as a "window licker", which I believe was to insult my intelligence.
  - o No
  - o People mess with her because she dishes it back

- I was told when I voiced some of my concerns that "I need to stop playing the victim". (When she told Penny that Ken asked what she accomplished this year outside of not dying her hair)
  - o I have said that to her; When she says Ken's taking my work, she's playing like it's something bad. I did tell her that, it's not because she was voicing her concerns. She gets so mad when someone is trying to help her
  - o Example is Tonia trying to help her (one minute she hates her, one minute she's takin gher to dinner)
- A co-worker had put his hands through my hair without permission.
  - o No recollection.
  - o If you talk to Kenny you will see he means nothing by it.

5. At any point did Jesse notify you that any of these instances were unwelcomed or she was concerned with any of these situations?
   a. No she did not, that is why I am so stunned.
   b. When I said the comment in the SPS meeting I knew that I did the wrong thing; but other than that this is all total shock.
   c. What was your reaction? What did you do?
6. (If applicable) Do you have any reasons to believe why Jesse may not be telling the truth with her claims?

   They seem to be taken out of context, there is some truth, but not the whole truth

7. Is there anything else you'd like to share with me related to either Jesse's concerns or yours, that have not already been discussed?

   Why wait two years to bring this up, what is the end game? Why wasn't it brought up a long time ago?

I don't take notes like that, there are times when things people do are not appropriate. I feel like since she hasn't said anything, how do we know to correct it? When Steve was in there I asked what do we need to make this right? She said I don't think we can fix it. To me she is saying that whatever I've done, it can't be fixed and she's not willing to work to fix it.

I'll be friendly but there will be no extra. She said, how can I come into work knowing this is going on?

8.   Is there anyone specifically you think I should talk to regarding the concerns raised?

Hondo, April Heater used to work for me, Penny Robbins (might get out), Ken Foreman, Dan Krise, Matt Scorney is on vacation this week.

9.   Please send me any supporting documentation (emails, text messages, etc.) that may be useful for us to reference as part of the investigation.


**Conclusion**
- Please keep this conversation and the information we discussed confidential and do not share others
- Stress this is a on-going investigation, I will be talking to a number of people and this needs to remain most confidential.
- I will maintain confidentiality as well and will only be shared on a need to know basis
- As a reminder, we do not tolerate retaliation for submitting a complaint nor participating in investigatory interviews – if you have any concerns related to retaliation, please let me know
- Feel free to contact us should you think of anything else after our meeting
- We take these complaints seriously and as a reminder, I will not draw any conclusions until the investigation has been completed

Shell_0000383