# EXHIBIT LL

# Jesse Barnes – Investigation Overview

***Ethics & Compliance Case Received by HRiC:*** 11/28/2016
***Dates of Investigation:*** 12/6/2016 – 12/8/2016
***Investigator:*** Megan Kloosterman, UP HR Account Manager
***Parties Involved:***

| Name | Position Title | JG | Date to Position | Date to Shell | Relationship |
|---|---|---|---|---|---|
| Jesse Barnes | Maintenance Analyst | 8 | 9/14/2015 | 9/14/2015 | Will's Direct Report |
| William Turney | Maintenance Supervisor | REDACTED | 1/16/2014 | 02/01/2012 | Supervisor of Jesse |

***Allegation***: Jesse Barnes called the Ethics & Compliance hotline alleging harassment, specifically name calling, belittling, inappropriate touching and comments.

## Summary of Findings

- Evidence to support Will Turney's behavior violated Shell's Code of Conduct, specifically Section 3.3 Harassment: "You must treat others with respect at all times" and "You must not make inappropriate jokes or comments.":
    - Will told Jesse that she makes good money for a woman and should not be upset with her pay grade
    - Will told Jesse she works well with male employees because she is a woman
    - Will referred to Jesse as a "hot blonde" in a joking manner

- Evidence to support Will Turney demonstrated poor leadership behaviors:
    - Will consistently inquires about personal matters with his staff, particularly with Jesse
    - Will texts Jesse on her personal cell phone regarding both work and personal matters outside of work hours
    - Will gestures "cat claws" and makes a "hissing noise" during situations of conflict; this is perceived by some as Will's way of avoiding conflict and to lighten the mood

## Recommended Actions/Next Steps

- Will Turney: Provide a written warning on file for 18th months, reduce IPF to [REDACTED] for 2016, participate in LEAD leadership training offered in 2017, participate in code of conduct training, continued coaching from Greg and Steve.
- Jesse Barnes: Transfer to new role as an HSE Analyst for the HSE team, provide coaching on professional behavior, coaching to raise concerns early
- Provide code of conduct training for all Appalachia employees
- Hold leadership engagements for entire Appalachia leadership team with a focus on code of conduct and diversity and inclusion
- Documented coaching for Mark Hoover on leadership behaviors