# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE BARNES, | No. 4:18-CV-01497 |
| Plaintiff, | (Judge Brann) |
| v. | |
| SHELL EXPLORATION AND PRODUCTION COMPANY APPALACHIA, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 25th day of May 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Shell's motion in limine to preclude the testimony of Michael J. Torchia (Doc. 95) is **DENIED**, but the Court narrows the bases for Mr. Torchia's opinions as follows:

    a. Mr. Torchia is prohibited from referencing any legal standard relied upon in forming his conclusion, or any case law discussed in his report.

    b. Mr. Torchia may nonetheless present all of his listed conclusions to the jury, insofar as they are based on relevant standards in the field of workplace investigations. The Court will evaluate the

non-legal sources of Mr. Torchia's opinions during any future testimony he may provide.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge