**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JESSE BARNES,

Plaintiff,

v.

SHELL EXPLORATION AND PRODUCTION COMPANY APPALACHIA, *et al.*,

Defendants.

No. 4:18-CV-01497

(Judge Brann)

**ORDER**

**AND NOW**, this 25th day of May 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Shell's motion for summary judgment (Doc. 97) is **GRANTED IN PART AND DENIED IN PART**, as follows:

   a. The motion is granted as to discrimination based on Plaintiff's reassignment to a new position. Plaintiff's claim for discrimination survives insofar as it is based on her negative performance review.

   b. The motion is granted as to retaliation based on Plaintiff's reassignment to a new position. Plaintiff's claim for retaliation survives insofar as it is based on her negative performance review or Shell's failure to promote her.

c. The motion is denied as to Plaintiff's hostile work environment claim.

d. The motion is denied as to Plaintiff's retaliatory hostile work environment claim.

e. These rulings apply equally to Plaintiff's claims under both Title VII and the PHRA.

2. A telephonic conference call with counsel of record will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge